AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
для the
Southern District of Florida

| United States of America | ) |
| v. | ) |
| | ) Case No. 18-5020-SNOW |
| DONALD GLENN BEASLEY, | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 20, 2018__ in the county of __Monroe__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(4)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Matthew N. Ward, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/21/18

_____
Judge's signature

City and state: Key West, Florida          Lurana S. Snow, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Matthew N. Ward, a Special Agent with the Federal Bureau of Investigation ("FBI") being duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been a Special Agent with the FBI since 2006. I am currently assigned to the FBI Miami Field Office, Homestead Resident Agency. In this capacity, I am responsible for conducting criminal investigations of statutes contained in Title 18 of the United States Code, including crimes related to child pornography and the sexual exploitation of children.

2. I am an investigative or law enforcement officer within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, an officer of the United States who is empowered by law to conduct investigations and make arrests for offenses enumerated in Title 18 of the United States Code.

3. I have participated in investigations of persons suspected of violating federal child pornography laws, including Title 18, United States Code, Sections 2251, 2252 and 2252A. These investigations have included the use of surveillance techniques, interviewing of subjects and witnesses, and the planning and execution of arrest, search, and seizure warrants. In the course of these investigations, I have reviewed thousands of still images and videos containing child pornography and images depicting minor children engaged in sexually explicit conduct on various forms of electronic media including computers, digital cameras, and wireless telephones, and have discussed and reviewed these materials with other law enforcement officers. I have also participated in training programs for the investigation and enforcement of federal child pornography laws relating to the use of computers for receiving, transmitting, and storing child pornography.

4. This Affidavit is submitted in support of a criminal complaint against Donald Glenn Beasley ("BEASLEY"). I respectfully submit there is probable cause to believe that on or about September 20, 2018, in the Southern District of Florida, BEASLEY did knowingly possess matter, that is, one (1) external hard drive, which contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which had been so shipped and transported, by any means, including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

5. The information set forth in this Affidavit comes from my personal involvement in this investigation, as well as from information provided to me by other law enforcement officers. This Affidavit does not represent every fact law enforcement knows about this investigation, but is submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint against BEASLEY.

## PROBABLE CAUSE

6. BEASLEY resides in Starcraft brand trailer located at 95500 Overseas Highway, Key Largo, Florida 33037 (the "Residence"). The Starcraft trailer is connected to a vehicle with a Colorado license plate, both of which belonged to BEASLEY.

7. On September 20, 2018, a federal search warrant was executed at the Residence. Pursuant to the search warrant, law enforcement seized from the trailer an Alienware laptop, bearing serial number DZ1GRC2, a Western Digital external hard drive, and several other external hard drives.

8. Law enforcement conducted a forensic preview of the Alienware laptop. The forensic preview revealed the laptop contained two hard drives. One hard drive bore serial number 50023031-00Ba42AF ("Hard Drive 1") and was manufactured outside the State of Florida. A Windows operating system was installed on Hard Drive 1. Hard Drive 1 contained a single user created account named "donbe." The "donbe" user account contained a file named "vlc-qt-interface.ini" which displayed a list of recently played video files. Most of the files in the list contained names indicative of child pornography such as "pths_ptsc_9yo jenny enjoying sucking cock says dog cock is good but daddys is better.avi;" "PTHC 001 uncle and 2011yo sara.avi;" "Private_brosis.avi;" "Maryanne 12 yo Fucked with Dildo. Dog Collar and Ball Gag.wmv;", and "Maryanne being fucked by Daddy. 12yo.wmv."

9. Hard Drive 1 also contained a log file named "wrapper.log" that contained an entry indicating that the computer had been used to download a file named "(pthc) NEW 2016 Pedo Childlover 8yo Childlover 8yo Daddy's Little Girl JM 07.mp4" on June 26, 2018. This file was downloaded using a particular peer-to-peer program which attempts to conceal the true location of its users. BEASLEY was interviewed at the Residence and acknowledged being familiar with and using that particular software.

10. The forensic preview further revealed that the laptop appeared to have been used to download the files described above and that those files were subsequently saved to some other storage medium, either an external storage device or an encrypted container.

11. I was present when law enforcement officers also conducted a forensic preview of a Western Digital external hard drive ("Hard Drive 2") that was recovered from BEASLEY'S trailer pursuant to the search warrant. The recycling bin of Hard Drive 2 contained four (4) files. One of the files, bearing the name "$RILU483.rar," contained 215 images. The majority of these

3

images contained either one or two prepubescent girls, nude or mostly nude, posing for photographs. In multiple photographs, the genitalia of the girls were graphically exhibited and clearly visible. For example, in one such image, a girl was sitting on her bottom with her legs spread open, graphically exhibiting her genitalia towards the camera. In another, two girls were nude, bent over, with their genitals and buttocks graphically exhibited to the camera.

## CONCLUSION

12. Based on the foregoing, I respectfully submit there is probable cause to believe that on or about September 20, 2018, in the Southern District of Florida, BEASLEY did knowingly possess matter, that is, one (1) external hard drive, which contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which had been so shipped and transported, by any means, including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

MATTHEW N. WARD, SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Sworn to and subscribed before me this 21 day of September, 2018.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

4