UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-10028-MOORE

UNITED STATES OF AMERICA

v.

DONALD GLENN BEASLEY,

        **Defendant.**

_____/

## FACTUAL PROFFER

Had this case proceeded to trial, the United States would have proved the following facts, among others, beyond a reasonable doubt:

On September 20, 2018, a search warrant was executed at the Popp's Motel, located at 95500 Overseas Highway, Key Largo, Florida, which is within the Southern District of Florida. Pursuant to the search warrant, law enforcement searched a Starcraft trailer attached to a GMC Sierra pickup truck bearing Colorado tag number 514YAK. A records check revealed the GMC Sierra was registered to Donald Glenn BEASLEY (the "Defendant").

After a search of the Starcraft trailer, law enforcement seized various electronic items, including:

    a. One (1) Dell Alienware laptop bearing service tag number DZ1GRC2;

    b. One (1) one terabyte Western Digital external hard drive bearing serial number WXK1AA57PJSL;

    c. One (1) silver, 40 gigabyte Dynex USB2 external hard drive; and

    d. One (1) one terabyte Western Digital external hard drive bearing serial number WCAU4D700549.

Law enforcement conducted a forensic examination of the Alienware laptop. The examination revealed the laptop contained two hard drives. One hard drive bore serial number 50023031-00Ba42AF ("Hard Drive 1"). Hard Drive 1 contained a single user created account named "donbe." The "donbe" user account contained a log file named "wrapper.log" that contained an entry showing that the computer had been used on July 26, 2018 to download a file named "(pthc) NEW 2016 Pedo Childlover 8yo Childlover 8yo Daddy's Little Girl JM 07.mp4". This file was downloaded using a peer-to-peer network's software. Law enforcement were able to determine that video was saved to the Dynex USB2 external hard drive. This video is well known to law enforcement and depicts an adult male engaged in oral and vaginal sexual intercourse with a prepubescent female child.

The forensic examination further revealed eight (8) additional videos in the unallocated space of Hard Drive 1 depicting child pornography. The forensic examination of Hard Drive 1 also revealed the Alienware laptop had been used to download numerous additional videos and still images of child pornography using a peer-to-peer network's software, and that those files were subsequently saved to either the 40 gigabyte Dynex USB2 external hard drive or the Western Digital external hard drive bearing serial number WCAU4D700549. Amongst the files downloaded were:

a. A video file named "Washing Room – 10yo Girl Is Giving a Blow Job.avi" which depicts a prepubescent female child engaged in oral sexual intercourse with an adult male. The video is 41 seconds in length.

b. 194 still images depicting child pornography.

2

Law enforcement officers also conducted a forensic preview of the Western Digital external hard drive, bearing serial number WXK1AA57PJSL. The recycling bin of Hard Drive 2 contained four (4) files. One of the files, bearing the name "$RILU483.rar," contained 31 images. The majority of these images contained either one or two prepubescent girls, nude or mostly nude, posing for photographs. In multiple photographs, the genitalia of the girls were graphically exhibited and clearly visible.

The Defendant was interviewed by law enforcement during the search of the Popp's Motel. After waiving his *Miranda* rights, the Defendant admitted he was the owner and sole occupant of the Starcraft trailer. He stated that he had been living in his trailer on the Popp's Motel property since May 2018. He further admitted that the Alienware laptop and all the external hard drives found in the trailer were his property. He also stated that he was familiar with and used the peer-to-peer network used to download the videos and still photographs depicting child pornography.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 2.11.2019          By: _____
                              Alejandra López
                              ASSISTANT UNITED STATES ATTORNEY

Date: 2/7/19             By: _____
                              Stewart Abrams, Esq.
                              ATTORNEY FOR DEFENDANT

Date: 2-7-19             By: _____
                              Donald Glenn Beasley
                              DEFENDANT

3